IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TRACY LEE BRONSON**                                                                           **PLAINTIFF**
**ADC #171510**

**VS.**                                    **4:19-CV-00561-BRW**

**JOSEPH P. GRAHAM, Prosecuting**                                  **DEFENDANTS**
**Attorney/District Judge, Garland County,** *et al.*

## ORDER

Plaintiff Tracy Lee Bronson ("Plaintiff"), who is currently in custody at the Cummins Unit of the Arkansas Department of Correction, filed a motion to proceed *in forma pauperis*.[1] Plaintiff also filed a complaint against multiple Garland County officials.[2]

This case is currently pending in the Eastern District of Arkansas. Garland County, however, is located in the Western District of Arkansas. Based on the defendants named and the allegations made, the interests of justice would best be served by transferring this case to the Western District of Arkansas.[3] The Clerk of Court is directed to transfer Plaintiff's entire case file immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 13th day of August, 2019.

                                                                    Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 2, at 1-2.

[3] 28 U.S.C. § 1406(a); 28 U.S.C. § 1391(e).